# U.S. District Court
## Eastern District of New York (Brooklyn)
## CIVIL DOCKET FOR CASE #: 1:20-cv-00452-AMD-VMS

Tenemaza v.Eagle Masonry Corp. et al  
Assigned to: Judge Ann M Donnelly  
Referred to: Magistrate Judge Vera M. Scanlon  
Cause: 29:201 Denial of Overtime Compensation

Date Filed: 01/27/2020  
Jury Demand: Plaintiff  
Nature of Suit: 710 Labor: Fair Standards  
Jurisdiction: Federal Question

**Plaintiff**

**Segundo Francisco Tenemaza**  
*Individually and on behalf of all others similarly situated*

represented by **James Patrick Peter O'Donnell**  
80-02 Kew Gardens Road  
Suite 601  
Kew Gardens, NY 11415  
718-263-9591  
Email: jamespodonnell86@gmail.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Roman M. Avshalumov**  
Helen F. Dalton & Associates, P.C.  
80-02 Kew Gardens Road  
Suite 601  
Kew Gardens, NY 11415  
718-263-9591  
Fax: 718-263-9598  
Email: avshalumovr@yahoo.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Eagle Masonry Corp.**

**Defendant**

**Vito Gargano**  
*as an individual*

| Date Filed | # | Docket Text |
|---|---|---|
| 01/27/2020 | 1 | COMPLAINT against Eagle Masonry Corp., Vito Gargano Was the Disclosure Statement on Civil Cover Sheet completed -No,, filed by Segundo Francisco Tenemaza. (Attachments: # 1 Civil Cover Sheet, # 2 Proposed Summons) (Rodin, Deanna) (Entered: 01/29/2020) |
| 01/27/2020 |   | FILING FEE: $400, receipt number ANYEDC-12301339 (Rodin, Deanna) (Entered: 01/29/2020) |
| 01/29/2020 |   | Incorrect Document Entry Information. Defendants were added to the case incorrectly; |

| | | |
|---|---|---|
| | | docket entry 1 was deleted and re-entered against corrected defendants. Additionally, documents for a different case were added by counsel; contacted counsel to retrieve the correct documents and refiled. (Rodin, Deanna) (Entered: 01/29/2020) |
| 01/29/2020 | 2 | This attorney case opening filing has been checked for quality control. See the attachment for corrections that were made. Additionally, case is reassigned to Office Code 1: Brooklyn as per civil cover sheet Rule 50.1(d)(2). (Rodin, Deanna) (Entered: 01/29/2020) |
| 01/29/2020 | | Case Assigned to Judge Ann M Donnelly and Magistrate Judge Vera M. Scanlon. Please download and review the Individual Practices of the assigned Judges, located on our website. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. (Davis, Kimberly) (Entered: 01/29/2020) |
| 01/29/2020 | 3 | In accordance with Rule 73 of the Federal Rules of Civil Procedure and Local Rule 73.1, the parties are notified that *if* all parties consent a United States magistrate judge of this court is available to conduct all proceedings in this civil action including a (jury or nonjury) trial and to order the entry of a final judgment. Attached to the Notice is a blank copy of the consent form that should be filled out, signed and filed electronically **only if all** parties wish to consent. The form may also be accessed at the following link: http://www.uscourts.gov/uscourts/FormsAndFees/Forms/AO085.pdf. **You may withhold your consent without adverse substantive consequences**. **Do NOT return or file the consent unless all parties have signed the consent.** (Davis, Kimberly) (Entered: 01/29/2020) |
| 01/29/2020 | 4 | Summons Issued as to Eagle Masonry Corp., Vito Gargano. (Davis, Kimberly) (Entered: 01/29/2020) |
| 01/31/2020 | 5 | NOTICE of Appearance by James Patrick Peter O'Donnell on behalf of Segundo Francisco Tenemaza (aty to be noticed) (O'Donnell, James) (Entered: 01/31/2020) |
| 02/20/2020 | 6 | SUMMONS Returned Executed by Segundo Francisco Tenemaza. Vito Gargano served on 2/12/2020, answer due 3/4/2020. (Avshalumov, Roman) (Entered: 02/20/2020) |
| 04/14/2020 | 7 | SUMMONS Returned Executed by Segundo Francisco Tenemaza. Eagle Masonry Corp. served on 3/16/2020, answer due 4/6/2020. (Avshalumov, Roman) (Entered: 04/14/2020) |
| 04/15/2020 | | STATUS REPORT ORDER: Defendants have failed to timely answer or otherwise respond to the Complaint. Defendants must answer by 5/15/2020. If Defendants fail to answer, Plaintiff must request a Certificate of Default in accordance with FRCP 55 and Local Civil Rule 55.1 by 6/15/2020. Plaintiff is to mail a copy of this Order and the full docket to Defendants, and Plaintiff's counsel must file an affidavit of service by 4/20/2020. Ordered by Magistrate Judge Vera M. Scanlon on 4/15/2020. (Quinlan, Krista) (Entered: 04/15/2020) |

| PACER Service Center | | | |
|---|---|---|---|
| **Transaction Receipt** | | | |
| 04/21/2020 12:13:02 | | | |
| **PACER Login:** | romanavshalumov | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 1:20-cv-00452-AMD-VMS |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |

**Affirmation of Service**

STATE OF NEW YORK :
                    ss.:
COUNTY OF QUEENS:

    **ROMAN AVSHALUMOV,** an attorney duly admitted to practice law in the District Court for the Eastern District of New York affirms the truth of the following under penalty of perjury: I am not a party to the action, am over the age of eighteen (18) years and reside in Queens, New York. On April 21, 2020, I served the within:

**Copy of April 15, 2020 Order and Full Docket**

by depositing a true copy thereof in a post-paid wrapper, in an official depository under the exclusive care and custody of the U.S. Postal Service within New York State, addressed to each of the following persons at the last known address set forth after each name:

**EAGLE MASONRY CORP.**
**1535 RICHMOND AVENUE**
**STATEN ISLAND, NEW YORK 10314**

**VITO GARGANO**
**1535 RICHMOND AVENUE**
**STATEN ISLAND, NEW YORK 10314**

**VITO GARGANO**
**160 COVINGTON CIRCLE 2**
**STATEN ISLAND, NEW YORK 10312**

Dated:  Kew Gardens, NY
        April 21, 2020

                                                  /s/Roman Avshalumov
                                                  **ROMAN AVSHALUMOV, ESQ.**
                                                  Helen F. Dalton & Associates, P.C.
                                                  Attorneys for Plaintiff
                                                  80-02 Kew Gardens Road, Suite 601
                                                  Kew Gardens, NY 11415
                                                  Tel: 718-263-9591